■ STATE OF NEW YORK ex rel. FREDERICK RAHMING v DIRECTOR OF KIRBY FORENSIC PSYCHIATRIC CENTER.—Motion to dismiss appeal on the ground that an appeal cannot be taken from a CPL 330.20 order as of right granted; cross motion to direct the acceptance of the record on appeal and for other relief denied as moot. Concur—Murphy, P. J., Sullivan, Asch, Rosenberger and Wallach, JJ.

■ PEOPLE v MICHAEL GOTTLIEB.—Motion granted insofar as to amend the order of this court entered on July 9, 1987 and the opinion filed therewith [130 AD2d 202] to include dismissal of the indictment with leave for the People to file an information charging the defendant with assault in the third degree. Concur—Sandler, J. P., Sullivan, Ross, Milonas and Rosenberger, JJ.